**FILED**
January 18, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-CR-00003-WBS |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| WAYNE JEFFERY MULLIN, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __WAYNE JEFFERY MULLIN__ , Case No. __2:11-CR-00003-WBS__ , Charge __Title 18 USC § 2252__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $__75,000 ($45,000 secured)__

        ✔ Unsecured Appearance Bond $__30,000 (co-signed)__

        __  __ Appearance Bond with 10% Deposit

        __  __ Appearance Bond with Surety

        __  __ Corporate Surety Bail Bond

    ✔ (Other)   __With pretrial supervision and conditions of release as stated on the record in open court.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 18, 2011__ at __3:10__ pm.

By  *Dale A. Drozd*

Dale A. Drozd
United States Magistrate Judge