DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WAYNE JEFFREY MULLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> WAYNE JEFFREY MULLIN, <br> Defendants. | Cr.S. 11-0003-WBS <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> DATE: March 7, 2011 <br> TIME: 8:30 a.m. <br> JUDGE: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE Assistant U.S. Attorney, and defendant, WAYNE JEFFREY MULLIN by and through his counsel, BENJAMIN GALLOWAY Assistant Federal Defender, that the status conference set for Monday, January 31, 2011, be continued to Monday, March 7, 2011, at 8:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 7, 2011,

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 25, 2011          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 WAYNE JEFFREY MULLIN

DATED: January 25, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 MICHELLE PRINCE
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 7, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  January 26, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2