DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WAYNE JEFFREY MULLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 11-0003-WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TIME TO POST UNSECURED |
| ) | BOND |
| WAYNE JEFFREY MULLIN, ) | |
| ) | |
| Defendants. ) | JUDGE: Hon. Gregory G. Hollows |
| ) | |
| _____ ) | |

On January 18, 2011, the Honorable Dale A. Drozd ordered Mr. Wayne Jeffrey Mullin be released on a $75,000.00 bond to be posted with $45,000 to be secured by the defendant's parents real property and $30,000 as an unsecured bond co-signed by the defendant and Shelly Carr.  The unsecured bond has been completed.  The deed securing real property has been recorded with Sacramento County and all of the paperwork has been approved by United States Attorney, Michelle Prince. The Federal Defender's office is awaiting the signed appearance bond which has been mailed by the parties in a pre-paid envelope given to the parties by the Federal Defenders office.  Additional time is needed to received the appearance bond from the United States Mail.

1  Accordingly, the parties agree that the deadline for posting the
2  secured bond may be extended two additional weeks, to February 15,
3  2011.  This office has contacted Assistant United States Attorney
4  Michelle Prince she has no objection to this request.

DATED: February 8, 2011         Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                WAYNE JEFFREY MULLIN

DATED: February 8, 2011         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Benjamin Galloway for
                                MICHELLE PRINCE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED:  February 9, 2011.       /s/ Gregory G. Hollows
                                GREGORY G. HOLLOWS
                                United States Magistrate Judge

2