DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WAYNE JEFFREY MULLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 11-0003-WBS |
| Plaintiff,  ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v.   ) | ORDER |
| ) | |
| WAYNE JEFFREY MULLIN, ) | Date:  April 11, 2011 |
| ) | Time:  8:30 a.m. |
| Defendants. ) | JUDGE: Hon. William B. Shubb |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, WAYNE JEFFREY MULLIN, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, March 7, 2011, be continued to Monday, April 11, 2011, at 8:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for April 11, 2011, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 28, 2011    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
WAYNE JEFFREY MULLIN

DATED: February 28, 2011    BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
MICHELLE PRINCE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 11, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  March 2, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE