

FILED

APR -7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  WAYNE JEFFREY MULLIN

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  NO. CR s-11-0003 WBS
                                  )
12              Plaintiff,        )  PROTECTIVE ORDER CONCERNING
                                  )  DIGITAL MEDIA CONTAINING CHILD
13     v.                         )  PORNOGRAPHY
                                  )
14 WAYNE JEFFREY MULLIN,          )
                                  )
15              Defendant.        )
                                  )
16 _____)

17

18                     **ORDER**

19     IT IS HEREBY ORDERED AS FOLLOWS:

20     1.    The United States Department of Homeland Security,

21 Immigration and Customs Enforcement agents shall make a duplicate

22 copy of the hard drive and any other storage media available for

23 defense analysis.

24     2.    The duplicate copies of the hard drive and storage media

25 shall be made available for defense counsel, Benjamin Galloway,

26 defense paralegal Julie Denny or another member of the defense

27 team, and defendant's proposed expert, Marcus Lawson or a colleague

28 at the same employer, Global CompuSearch LLC, to review at the

1  Sacramento High Tech Task Force offices in Sacramento, California
2  for the purpose of preparing for the defense of the above-entitled
3  action.  The images on the hard drive and storage media shall not
4  be viewed by any other person.
5       3.   A private room will be provided for the defense
6  examination. No Government agents will be inside the room during
7  the examination;
8       4.   The expert will be permitted to bring whatever equipment,
9  books, or records he believes may be necessary to conduct the
10 examination;
11      5.   Neither the defense expert nor defense attorneys nor the
12 defense paralegal shall remove the hard drive or other storage
13 media from the confines of the law enforcement office.
14      6.   With the exception of materials which would be considered
15 child pornography under federal law (including visual depictions
16 and data capable of conversion into a visual depiction), the expert
17 may download and remove files or portions of files, provided the
18 forensic integrity of the hard drive is not altered.  The expert
19 will certify in writing (using the attached certification), that he
20 has taken no materials which would be considered child pornography,
21 or data capable of being converted into child pornography, (under
22 federal law) and that he has not caused any child pornography to be
23 sent from the law enforcement premises by any means including by
24 any electronic transfer of files.
25      7.   Except when a defense expert fails to provide this
26 certification, no Government agent, or any person connected with
27 the Government, will examine or acquire in any fashion any of the
28 items used by the expert in order to conduct the defense analysis.

1  Should a defense expert fail to certify that the expert has not
2  copied or removed child pornography, or data capable of being
3  converted into child pornography, Government agents may then
4  inspect or examine the materials in order to ensure that prohibited
5  child pornography has not been removed.
6      8.   When the defense indicates that it is finished with its
7  review of the copy of the hard drives, the drive(s) or other
8  storage devices shall be "wiped" clean.
9      9.   Any disputes regarding the above or problems implementing
10 this order shall be brought to the attention of the court through
11 representative counsel after first consulting opposing counsel.
12 IT IS SO ORDERED:
13 Dated: 4/7/11

HON. DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAYNE JEFFREY MULLIN,<br><br>　　　　Defendant.<br>_____ | NO. CR S-11-0003 WBS |

CERTIFICATION

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Date: _____        _____