FILED

APR -7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700
5
Attorney for Defendant
6 | WAYNE JEFFREY MULLIN

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )    NO. CR S-11-0003 WBS
                                 )
12 |              Plaintiff,     )    STIPULATION AND [~~PROPOSED~~ an
                                 )    ~~ORDER~~] FOR PROTECTIVE ORDER
13 |       v.                    )    REGARDING DEFENSE FORENSIC
                                 )    COMPUTER EXAMINATION
14 | WAYNE JEFFREY MULLIN,       )
                                 )
15 |              Defendant.     )
                                 )
16 | _____   )

17

18      IT IS HEREBY STIPULATED by and between the parties hereto

19 through their respective counsel, Michelle Prince, Assistant United

20 States Attorney, attorney for Plaintiff, and Benjamin Galloway,

21 Assistant Federal Defender, attorney for Mr. Mullin, that the Court

22 should approve the proposed protective order governing the defense

23 expert's forensic examination of the computer data in this case.

24      In order to advise the defendant adequately, the defense of

25 this case requires a further forensic evaluation by a knowledgeable

26 expert of the computer hard drives which the government alleges

27 contain images of child pornography. The parties have agreed that

28 the attached proposed order should govern the defense examination

1 | of the computer media and request that the Court approve the
2 | attached proposed order.
3 | Dated: April 7, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
WAYNE JEFFREY MULLIN

Dated: April 7, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Benjamin Galloway*
MICHELLE PRINCE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: 4/7/11

HON. DALE A. DROZD
United States Magistrate Judge

2