DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WAYNE JEFFREY MULLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 11-0003-WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER |
| ) | |
| WAYNE JEFFREY MULLIN, ) | Date: May 23, 2011 |
| ) | Time: 8:30 a.m. |
| Defendants. ) | JUDGE: Hon. William B. Shubb |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, WAYNE JEFFREY MULLIN, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, April 11, 2011, be continued to Monday, May 23, 2011, at 8:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for May 23, 2011, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 7, 2011        Respectfully submitted,

                            DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Benjamin Galloway
                            BENJAMIN GALLOWAY
                            Assistant Federal Defender
                            Attorney for Defendant
                            WAYNE JEFFREY MULLIN

DATED: April 7, 2011        BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ Benjamin Galloway for
                            MICHELLE PRINCE
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 23, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4. The status conference set for May 23, 2011 at 8:30 a.m.

DATED:  April 8, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE