DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WAYNE JEFFREY MULLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 11-0003-WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER |
| ) | |
| WAYNE JEFFREY MULLIN, ) | Date: July 11, 2011 |
| ) | Time: 8:30 a.m. |
| Defendants. ) | JUDGE: Hon. William B. Shubb |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, WAYNE JEFFREY MULLIN, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, May 23, 2011, be continued to Monday, July 11, 2011, at 8:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

1 through the date of the status conference set for July 11, 2011,
2 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare]
3 (Local Code T4).

5 DATED: May 18, 2011           Respectfully submitted,

6                               DANIEL J. BRODERICK
                                Federal Defender

8                               /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
9                               Attorney for Defendant
                                WAYNE JEFFREY MULLIN

11 DATED: May 18, 2011          BENJAMIN B. WAGNER
                                United States Attorney

13                              /s/ Benjamin Galloway for
                                MICHELLE PRINCE
                                Assistant U.S. Attorney
14                              Attorney for Plaintiff

17                              **O R D E R**

18    **IT IS SO ORDERED.** Time is excluded from today's date through and
19 including July 11, 2011, in the interests of justice pursuant to 18
20 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
21 T4.  The status conference set for Monday, May 23, 2011 is continued to
22 Monday, July 11, 2011, at 8:30 a.m.

25 DATED:  May 19, 2011

                                _____
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE