```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    WAYNE JEFFREY MULLIN
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,    )   2:11-cr-0003 WBS
12                               )
              Plaintiff,         )   STIPULATION AND [PROPOSED]
13                               )   ORDER
         v.                      )
14                               )   Date:  October 17, 2011
    WAYNE JEFFREY MULLIN,        )   Time:  8:30 a.m.
15                               )   JUDGE: Hon. William B. Shubb
              Defendants.        )
16                               )
    _____)
17
```

18       It is hereby stipulated and agreed to between the United States of
19  America through MICHELLE PRINCE, Assistant U.S. Attorney, and
20  defendant, WAYNE JEFFREY MULLIN, by and through his counsel, BENJAMIN
21  GALLOWAY, Assistant Federal Defender, that the status conference set
22  for Tuesday, September 6, 2011, be continued to Monday, October 17,
23  2011, at 8:30 a.m.
24       The reason for this continuance is to allow defense counsel
25  additional time to review discovery with the defendant, to examine
26  possible defenses and to continue investigating the facts of the case.
27       Speedy trial time is to be excluded from the date of this order
28  through the date of the status conference set for October 17, 2011,

1 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare]
2 (Local Code T4).
3
4 DATED: August 29, 2011        Respectfully submitted,
5                               DANIEL J. BRODERICK
                                Federal Defender
6
                                /s/ Benjamin Galloway
7                               BENJAMIN GALLOWAY
                                Assistant Federal Defender
8                               Attorney for Defendant
                                WAYNE JEFFREY MULLIN
9
10 DATED: August 29, 2011       BENJAMIN B. WAGNER
                                United States Attorney
11
                                /s/ Benjamin Galloway for
12                              MICHELLE PRINCE
                                Assistant U.S. Attorney
13                              Attorney for Plaintiff
14
15
16                              **O R D E R**
17    **IT IS SO ORDERED.**  Time is excluded from today's date through and
18 including October 17, 2011, in the interests of justice pursuant to 18
19 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
20 T4.
21
22 DATED:  August 31, 2011
23                              _____
24                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
25
26
27
28

2