```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WAYNE JEFFREY MULLIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-0003 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER |
| v. | ) | |
| | ) | Date:  December 12, 2011 |
| WAYNE JEFFREY MULLIN, | ) | Time:  9:30 a.m. |
| | ) | JUDGE: Hon. William B. Shubb |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, WAYNE JEFFREY MULLIN, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, October 17, 2011, be continued to Monday, December 12, 2011, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Progress on these tasks is hindered by Mr. Mullin's very poor health. Mr. Mullin is in the middle of a six-week course of daily radiation

1 treatment for lung cancer.  He is also coping with the effects of end-
2 stage chronic obstructive pulmonary disease (COPD).  Mr. Mullin has
3 been made weak and exhausted by his illnesses.  It is anticipated that
4 he will be better able to assist counsel in the preparation of his case
5 when his health improves.

6   Speedy trial time is to be excluded from the date of this order
7 through the date of the status conference set for December 12, 2011,
8 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare]
9 (Local Code T4).

10

11 DATED: October 13, 2011        Respectfully submitted,

12                                DANIEL J. BRODERICK
                                  Federal Defender
13
                                  /s/ Benjamin Galloway
14                                BENJAMIN GALLOWAY
                                  Assistant Federal Defender
15                                Attorney for Defendant
                                  WAYNE JEFFREY MULLIN
16

17 DATED: October 13, 2011        BENJAMIN B. WAGNER
                                  United States Attorney
18
                                  /s/ Benjamin Galloway for
19                                MICHELLE PRINCE
                                  Assistant U.S. Attorney
20                                Attorney for Plaintiff

21

22

23                            **O R D E R**

24   **IT IS SO ORDERED.**  Time is excluded from today's date through and
25 including December 12, 2011, in the interests of justice pursuant to 18
26 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
27 T4.  The status conference set for Tuesday, October 17, 2011 is
28 continued to Monday, December 12, 2011, at 9:30 a.m.

**2**

1
2
3  DATED:   October 13, 2011
4                                    _____
5                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28