```
BENJAMIN A. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　　Plaintiff,　　 )<br>　　　　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>WAYNE JEFFERY MULLIN,　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　　Defendant.　　　 )<br>_____) | 2:11-CR-003-WBS<br><br><br><br>MOTION AND ORDER DISMISSING<br>INDICTMENT |

　　　Plaintiff United States of America, by and through Assistant United States Attorney Michelle Prince, hereby moves, consistent with the Principles of Federal Prosecution, to dismiss in the interest of justice under Rule 48(a) of the Federal Rules of Criminal Procedure the charge in the Indictment.

　　　The government has been informed by Wayne Jeffery Mullin's defense attorney, Benjamin Galloway Esq., that the defendant died on November 19, 2011.  In addition, the government has in its

///

///

possession a copy of Wayne Jeffery Mullin's death certificate. (Exhibit (1)).  At this time the government respectfully requests that the indictment be dismissed.

Respectfully submitted,

BENJAMIN A. WAGNER
United States Attorney

Dated: February 9, 2012

/s/ MICHELLE A. PRINCE
MICHELLE A. PRINCE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

It is ordered that the above-captioned Indictment be hereby dismissed as against defendant Wayne Jeffery Mullin.

DATED:   February 13, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD
Case 2:11-cr-00003-WBS Document 41 Filed 02/14/12 Page 3 of 3

# SACRAMENTO COUNTY
### DEPARTMENT OF HEALTH AND HUMAN SERVICES

STATE FILE NUMBER: 3052011208926
CERTIFICATE OF DEATH — STATE OF CALIFORNIA
LOCAL REGISTRATION NUMBER: 3201134009540

**DECEDENT'S PERSONAL DATA**
- 1. NAME OF DECEDENT—FIRST (Given): WAYNE
- 2. MIDDLE: JEFFERY
- 3. LAST (Family): MULLIN
- 4. DATE OF BIRTH: 03/02/[redacted]
- 5. AGE Yrs.: 58
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: CA
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: DIVORCED
- 7. DATE OF DEATH: 11/19/2011
- 8. HOUR (24 Hours): 0720
- 13. EDUCATION: SOME COLLEGE
- 14/15. HISPANIC/LATINO: NO
- 16. RACE: CAUCASIAN
- 17. USUAL OCCUPATION: MECHANIC
- 18. KIND OF BUSINESS OR INDUSTRY: AUTOMOTIVE
- 19. YEARS IN OCCUPATION: 40

**USUAL RESIDENCE**
- 20. DECEDENT'S RESIDENCE: [redacted] MOGAN AVENUE
- 21. CITY: SACRAMENTO
- 22. COUNTY: SACRAMENTO
- 23. ZIP CODE: 95838
- 24. YEARS IN COUNTY: 15
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
- 26. INFORMANT'S NAME / RELATIONSHIP: BARBARA BRADLEY-DEQUATTRO, MOTHER

**SPOUSE/SRDP AND PARENT INFORMATION**
- 31. NAME OF FATHER/PARENT—FIRST: JOHN
- 34. BIRTH STATE: CA
- 35. NAME OF MOTHER/PARENT—FIRST: BARBARA
- 38. BIRTH STATE: CA

**FUNERAL DIRECTOR / LOCAL REGISTRAR**
- 39. DISPOSITION DATE: 12/02/2011
- 40. PLACE OF FINAL DISPOSITION: PAJARO VALLEY MEMORIAL PARK, 127 HECKER PASS ROAD, WATSONVILLE, CA 95076
- 41. TYPE OF DISPOSITION(S): BU
- 42. SIGNATURE OF EMBALMER: GLENDA CLEVENGER
- 44. NAME OF FUNERAL ESTABLISHMENT: MEHL'S COLONIAL CHAPEL
- 45. LICENSE NUMBER: FD323
- 46. SIGNATURE OF LOCAL REGISTRAR: LAURIE A WERNER, MD, MPH
- 47. DATE: 11/22/2011

**PLACE OF DEATH**
- 101. PLACE OF DEATH: UCD MEDICAL CENTER
- 102. IF HOSPITAL, SPECIFY ONE: IP
- 104. COUNTY: SACRAMENTO
- 105. FACILITY ADDRESS: 2315 STOCKTON BOULEVARD
- 106. CITY: SACRAMENTO

**CAUSE OF DEATH**
- 107. IMMEDIATE CAUSE (A): ACUTE RESPIRATORY FAILURE — 1WK
- (B): METASTATIC LUNG CANCER — MOS
- (C): TOBACCO SMOKER — YRS
- 108. DEATH REPORTED TO CORONER: NO
- 109. BIOPSY PERFORMED: NO
- 110. AUTOPSY PERFORMED: YES
- 111. USED IN DETERMINING CAUSE: NO
- 112. OTHER SIGNIFICANT CONDITIONS: NONE
- 113. WAS OPERATION PERFORMED: NO

**PHYSICIAN'S CERTIFICATION**
- 114. Decedent Attended Since: 11/11/2011; Decedent Last Seen Alive: 11/19/2011
- 115. SIGNATURE AND TITLE OF CERTIFIER: MITHU SHAMS MOLLA M.D.
- 117. DATE: 11/22/2011
- 118. TYPE ATTENDING PHYSICIAN'S NAME/MAILING ADDRESS: MITHU SHAMS MOLLA M.D., 2315 STOCKTON BOULEVARD, SACRAMENTO, CA 95817

*010001001921851*

---

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES.

DATE ISSUED: **December 5, 2011**

*001259034*

